**Order filed October 1, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00287-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**JOAN FRANCES STUKES, Appellee**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCR-064055A**

## ORDER

This case was submitted on the briefs on September 2, 2015. The appellee is represented by counsel, who filed a brief on her behalf on July 6, 2015. On August 27, 2015, the court received a letter from the appellee that contains substantive arguments about the appeal. A party represented by counsel is not entitled to hybrid representation. *Patrick v. State*, 906 S.W. 2d 481, 498 (Tex. Crim. App. 1995). Therefore, the court will not consider the letter.

PER CURIAM